U.S. Department of Justice
United States Attorney
Eastern District of Virginia

8000 World Trade Center     757/441-6331
101 West Main Street     FAX/ 441-6689
Norfolk, Virginia 23510-1671

November 22, 2010

Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia
600 Granby St.
Norfolk, VA 23510

           Re:     K.H., an Infant, etc., et al v. United States of America
                 Civil Action No. 2:10cv55

Dear Mr. Galindo:

      This will advise the Court that the above styled case, subject to the Court's approval of the infant settlement aspect of the matter and overall approval by the Attorney General, has been settled.

      We would ask that this case be kept on the Court's docket generally, while the contingencies referenced above are addressed. However, as both sides feel that those contingencies will be successfully addressed, we would ask that the case be taken off the Court's docket for a final pre-trial conference, for trial on December 7, 2010 and for purposes of such yet-to-occur events addressed in this Court's Rule 26(f) Pretrial Order of April 30, 2010.

      Your consideration in this matter is greatly appreciated.

                                       Sincerely,

                                       Neil H. MacBride
                                       United States Attorney

             By:     /s/ George M. Kelley, III
                                       George M. Kelley, III
                                       Assistant United States Attorney

Jamal K. Alsaffar, Esq
Archuleta, Alsaffar & Higginbotham
P.O. Box 340639
Austin, Texas 78734

Amberley Gibbs Hammer, Esq.
Bertini O'Donnell & Hammer, P.C.
Dominion Tower, Suite 1010
999 Waterside Drive
Norfolk, Virginia 23510